COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      John William Palmer v. The State of Texas

Appellate case number:    01-18-00367-CR

Trial court case number:   1584989

Trial court:              263rd District Court of Harris County

Appellant, John William Palmer, has filed a motion for an extension of time to file his brief. Because we have issued an opinion dismissing the appeal for lack of jurisdiction, we construe the motion as a motion seeking an extension of time to file a motion for rehearing. *See Palmer v. State*, No. 01-18-00367-CR, 2018 WL 2925712 (Tex. App.—Houston [1st Dist.] June 12, 2018, no pet. h.) (mem. op., not designated for publication). The motion is **granted**. *See* TEX. R. APP. P. 49.1, 49.8.

**Appellant's motion for rehearing, if any, is due to be filed no later than July 12, 2018.**

It is so ORDERED.

Judge's signature: /s /Terry Jennings
                    ☑ Acting individually    ☐ Acting for the Court

Date: June 26, 2018